UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Rojas, Leobaldo | Case No. BKY: 19-33516 |
| | Chapter 13 Case |
| Debtor(s), | |

AMENDED NOTICE OF
CONFIRMATION HEARING     AND
NOTICE OF MODIFIED PLAN

To: The Chapter 13 Trustee, The U.S. Trustee, and the other entities specified in Local Rule 1007-2(a):

1. The debtor(s) have filed a preconfirmation modified plan and it will be considered at the Confirmation Hearing in this case set forth below.

2. The court will hold a hearing on this motion at 10:30 a.m. on Thursday, February 13, 2020, in Courtroom 2C, Warren Burger Federal Courthouse, 316 North Robert St., Saint Paul MN, 55101, before the honorable Katherine A. Constantine, Bankruptcy Judge.

Dated: January 17, 2020

Respectfully submitted,

/s/ Andrew C. Walker
Andrew C. Walker #392525
Bennett Hartz #393136
Ethan J. Mustonen #3993556
Paul H. Weig #288792
Jacquelyn J. Qualle #400218
Andrew T. Johnson #400457
Attorneys for debtor(s)

Walker & Walker Law Offices, PLLC
4356 Nicollet Ave
Minneapolis, MN 55409
(612) 824-4357

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: Rojas, Leobaldo                                             Case No. BKY: 19-33516

                                                                   Chapter 13 Case

　　　　　Debtor(s),


UNSWORN CERTIFICATE OF SERVICE


I, Darcee McKinnon, Declare under penalty of perjury that on January 17, 2020, I mailed copies of the foregoing AMENDED Notice of Modified, plan, and Notice of Confirmation Hearing by first class mail, postage prepaid, or by electronic mail using ECF, to each entity named below at the address stated below for each entity.

United States Trustee
1015 U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Gregory Burrell
Chapter 13 Trustee
310 Plymouth Building
12 South Sixth Street
Minneapolis, MN 55402

All creditors on the attached list


Executed on: January 17, 2020                           /e/ Darcee McKinnon

| | | |
|---|---|---|
| 11th Hour Recovery<br>1305 149th Ave NE<br>Ham Lake, MN 55304 | DS Erickson & Associates<br>920 2nd Ave S<br>Suite 800<br>Minneapolis MN  55402 | Postpetition IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Ace Cash Express<br>1231 Greenway Drive Suite 700<br>Irving TX 75038 | Enhanced Recovery Company<br>PO Box 57610<br>Jacksonville, FL 32241 | Progressive Direct Ins<br>PO Box 31260<br>Tampa FL  33631 |
| Caine & Weiner<br>PO Box 55848<br>Sherman Oaks CA 91413-0848 | Fairview Health Services<br>PO Box 9372<br>Minneapolis MN 55440 | RevSolve Inc<br>MSC #600<br>PO Box 52163<br>Phoenix, AZ 85072 |
| Capital One Auto Finance<br>PO Box 260848<br>Plano, TX 75026-0848<br>Inquiries | Geico Casualty Company<br>One Geico Center<br>Macon GA 31296-0001 | RMS<br>PO Box 19646<br>MPLS, MN 55419 |
| Capital One Bankruptcy<br>PO Box 30253<br>Salt Lake City UT  84130 3285 | Minnesota Department of Revenue<br>600 N. Robert St<br>Saint Paul, MN 55101 | Sprint/Nextel<br>Attn: Bankruptcy Dept.<br>P.O. Box 7949<br>Overland Park, KS 66207 |
| CBE Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613 | MN Dep't of Revnue<br>Sales Tax<br>600 N. Robert St.<br>Saint Paul, MN 55101 | Vonage<br>23 Main Street<br>Holmdel, NJ 07733 |
| Comcast<br>9602 S 300 W Ste B<br>Sandy, UT 84070 | MN Energy Resources<br>PO Box 19003<br>Green Bay, WI 54307 | Walker & Walker Law Offices, PL<br>4356 Nicollet Ave So<br>Minneapolis, MN 55409 |
| Credit Collection Services<br>725 Canton St<br>Norwood, MA 02062 | National American University<br>321 Kansas City St<br>Rapid City, SD 57701 | YMCA<br>651 Nicollet Mall<br>Ste 500<br>Minneapolis, MN 55402 |
| Dakota Electric<br>4300 220th Street W<br>Farmington MN 55024 9583 | Payday America Inc.<br>181 River Ridge Circle S<br>Burnsville, MN 55337 | |
| Dept of Education OSLA<br>525 Central Park Dsute600<br>Oklahoma City, OK 73105 | Portfolio Recovery Associates L<br>PO Box 12914<br>Norfolk VA 23541 | |

REVISED 12/15

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:  Rojas, Leobaldo                              Case No.  19-33516 KAC

Debtor(s)

## SIGNATURE DECLARATION
**(For use in electronically filed cases only)**

| | |
|---|---|
| ☐ | PETITION, SCHEDULES & STATEMENTS |
| ☐ | CHAPTER 13 PLAN |
| ☐ | VOLUNTARY CONVERSION, SCHEDULES & STATEMENTS |
| ☐ | AMENDMENT TO PETITION, SCHEDULES & STATEMENTS |
| ☒ | MODIFIED CHAPTER 13 PLAN |
| ☐ | OTHER: PLEASE DESCRIBE: _____ |

I [WE], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct.

3. [individual debtors only] If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and I have been authorized to file

6. **[corporate and partnership debtors only]** this petition on behalf of the debtor.

Date: __January 15, 2020__

X__/s/_____          X_____
Signature of Debtor 1 or Authorized Representative          Signature of Debtor 2

Leobaldo Jose Rojas                                      _____
Printed name of Debtor 1 or Authorized Representative          Printed Name of Debtor 2